UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

| | |
|---|---|
| **CONNIE WARREN,** | **CASE NO. 6:22-CV-234-KKC** |
| **Plaintiff,** | |
| v. | **JUDGMENT** |
| **KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,** | |
| **Defendant.** | |

*** *** ***

In accordance with the Opinion and Order entered on this date, the Court hereby ORDERS and ADJUDGES as follows:

1. The plaintiff's motion for leave to amend (DE 10) is DENIED;

2. The plaintiff's motion for summary judgment (DE 5) is DENIED;

3. The decision of the Commissioner is AFFIRMED pursuant to sentence four of 42 U.S.C. § 405(g) as it was supported by substantial evidence;

4. The case is hereby DISMISSED and SHALL be STRICKEN from the docket; and

5. This judgment is FINAL and APPEALABLE.

This 15th day of February, 2024.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY

1